# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| FERRILL VOLPICELLI, | ) | 3:03-cv-00090-HDM-VPC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

Ferrill Volpicelli originally brought this action on behalf of his minor child, Logan Volpicelli ("Logan"), as next best friend (#6). On February 2, 2012, Logan, having reached the age of majority, filed a motion titled "Plaintiff's Motion to Vacate Order/Judgment, and Reconsideration Pursuant to Judgment in 3:10-cv-548-RCJ-RAM on (Dkt #30, December 7, 2011)" (#67), which was incorrectly docketed to 3:10-cv-00548-RCJ-RAM. On March 26, 2012, Logan's motion was correctly docketed to 3:03-cv-00090-HDM-VPC. (#67). Defendant has not yet filed its response.

Accordingly, and good cause showing, the defendant shall have fourteen (14) days from the date of this order to file a response to Logan's motion to vacate (#67).

**IT IS SO ORDERED.**

DATED: This 8th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE

1