1

2

3

4          **UNITED STATES DISTRICT COURT**

5            **DISTRICT OF NEVADA**

6

7  FERRILL VOLPICELLI,              )        3:03-cv-00090-HDM-VPC
                                    )
8                  Plaintiff,       )
                                    )        ORDER
9  vs.                              )
                                    )
10                                  )
   UNITED STATES OF AMERICA,        )
11                                  )
                   Defendant.       )
12 _____)

13      On April 6, 2016, the court ordered the parties to show cause,

14 no later than April 20, 2016, why this action should not be dismissed

15 in light of the stipulated dismissal with prejudice in *Logan*

16 *Volpicelli v. United States*, 3:10-cv-00548-RCJ-VPC. (#82). On April

17 20, 2016, the defendant responded to the show cause order,

18 representing that defendant's counsel conferred with Logan

19 Volpicelli's counsel, Randy Luskey, Esq., and that Mr. Luskey

20 concurred that this action may be dismissed. (#83). The plaintiff

21 has not filed a response to the show cause order, and the time for

22 responding has expired. Accordingly, this action is dismissed, each

23 party to bear its own fees and costs.

24      IT IS SO ORDERED.

25      DATED: This 3rd day of May, 2016.

26

27                          _____
                                UNITED STATES DISTRICT JUDGE
28

1